**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**02/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Gary**<br>First name<br><br>**J**<br>Middle name<br><br>**Reetz**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4405** | |

Debtor 1    **Gary J Reetz**                                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

■ I have not used any business name or EINs.

Business name(s)

EIN

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ I have not used any business name or EINs.

Business name(s)

EIN

---

**5.** **Where you live**

**31 Dusenberry Road**
**Bronxville, NY 10708**
Number, Street, City, State & ZIP Code

**Westchester**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Gary J Reetz**                                                        Case number *(if known)*

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Gary J Reetz** _____    Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Gary J Reetz**                                                                Case number *(if known)*

---

**Part 5:**   Explain Your Efforts to Receive a Briefing About Credit Counseling

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **Gary J Reetz**                                                     Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Gary J Reetz**

**Gary J Reetz**                                                     Signature of Debtor 2
Signature of Debtor 1

Executed on    **February 19, 2020**                Executed on _____
                 MM / DD / YYYY                                  MM / DD / YYYY

Debtor 1    **Gary J Reetz**                                                          Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Lewis W. Siegel**                                          Date    **February 19, 2020**

Signature of Attorney for Debtor                                          MM / DD / YYYY

**Lewis W. Siegel**

Printed name

**Lewis W. Siegel**

Firm name

**60 East 42nd Street - Suite 4000**
**New York, NY 10165**

Number, Street, City, State & ZIP Code

Contact phone    **(212) 286-0010**                    Email address    **LWS@LWSEsq.com**

**NY**

Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re

Gary J. Reetz

                    Debtor.
-------------------------------------------------------------x

Chapter 11 Case
No.

## AFFIRMATION PURSUANT TO RULE 1116(1)(B)

Gary J. Reetz ("Debtor"), the Debtor in the above captioned case, makes this affirmation

pursuant to Rule **1116(1)(B)** of the Bankruptcy Rules, and hereby affirms under the penalties of

perjury as follows:

1.    A copy of the Federal Tax return is attached.

2.    No balance sheet, statement of operations, or cash flow statement has been

prepared.

Dated:        Bronxville, New York
              February 19, 2020

                                        /s/ Gary J. Reetz
                                        _____

                                        Gary J. Reetz

1

# Form 1040 — U.S. Individual Income Tax Return (2018)

Department of the Treasury—Internal Revenue Service

**Filing status:** Single | ☒ Married filing jointly | Married filing separately | Head of household | Qualifying widow(er)

Your first name and initial: **GARY J.**   Last name: **REETZ**   Your social security number: **4405**

If a joint return, spouse's first name and initial: **KARIN B.**   Last name: **REETZ**   Spouse's social security number: **4405**

Home address (number and street): **31 DUSENBERRY ROAD**   Apt. no.

City, town or post office, state, and ZIP code: **BRONXVILLE, NY 10708**

Presidential Election Campaign: ☒ You ☒ Spouse

**Standard Deduction:**
- Someone can claim you as a dependent
- Someone can claim your spouse as a dependent
- Spouse itemizes on a separate return or you were dual-status alien

**Age/Blindness:**
- You were born before January 2, 1954
- Blind
- Spouse was born before January 2, 1954
- Blind

**Dependents:**

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for Child tax credit / Credit for other dependents |
|---|---|---|---|
| | | DAUGHTER | ☒ |

**Sign Here**

Your signature — Date — Your occupation: **SALESMAN/TRADER**

Spouse's signature — Date — Spouse's occupation: **HOMEMAKER**

**Paid Preparer Use Only**

Preparer's name: **JOEL H. GENDLER, CPA**   PTIN: **P01263441**

Firm's name: **GRANDICK & GENDLER, CPA**   Firm's EIN: **27-3402926**

Firm's address: **60 EAST 42ND STREET, NEW YORK, NY 10165**   Phone no.: **212-697-1075**

---

GARY J. & KARIN B. REETZ — **4405**

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 172662. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | 320. |
| 3a | Qualified dividends | 180. |
| 3b | Ordinary dividends | 180. |
| 4a | IRAs, pensions, and annuities | |
| 4b | Taxable amount | 12200. |
| 5a | Social security benefits | |
| 5b | Taxable amount | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | 13839. | 199001. |
| 7 | Adjusted gross income | 198817. |
| 8 | Standard deduction or itemized deductions (from Schedule A) | 4650. |
| 9 | Qualified business income deduction | 3276. |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7 | 149031. |
| 11 | a Tax   2653.   b Add any amount from Schedule 2 and check here | 24653. |
| 12 | a Child tax credit/credit for other dependents   500.   b Add any amount from Schedule 3 and check here | 500. |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 24153. |
| 14 | Other taxes. Attach Schedule 4 | 367. |
| 15 | Total tax. Add lines 13 and 14 | 24520. |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | 18768. |
| 17 | Refundable credits | |
| 18 | Add lines 16 and 17. These are your total payments | 18768. |
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | |
| 20a | Amount of line 19 you want refunded to you | |
| 21 | Amount of line 19 you want applied to your 2019 estimated tax | |
| 22 | Amount you owe. Subtract line 18 from line 15 | 5871. |
| 23 | Estimated tax penalty | 119. |

Go to www.irs.gov/Form1040 for instructions and the latest information.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form 1040 (2018)

## SCHEDULE 1 (Form 1040)

Department of the Treasury
Internal Revenue Service

**Additional Income and Adjustments to Income**

▶ Attach to Form 1040.
▶ Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074
**2018**
Attachment Sequence No. **01**

Name(s) shown on Form 1040: GARY J & KARIN B REETZ

Your social security number: -4405

| | | |
|---|---|---|
| **Additional Income** | 1-9b Reserved | 1–9b |
| | 10 Taxable refunds, credits, or offsets of state and local income taxes | 10 |
| | 11 Alimony received | 11 |
| | 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | 2598. |
| | 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 617. |
| | 14 Other gains or (losses). Attach Form 4797 | 14 | 1. |
| | 15a Reserved | 15a |
| | 16a Reserved | 16a |
| | 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 10625. |
| | 18 Farm income or (loss). Attach Schedule F | 18 |
| | 19 Unemployment compensation | 19 |
| | 20a Reserved | 20a |
| | 21 Other income. List type and amount | 21 |
| | 22 Combine the amounts in the far right column. If you don't have any adjustments to income, enter here and include on Form 1040, line 6. Otherwise, go to line 23 | 22 | 13839. |
| **Adjustments to Income** | 23 Educator expenses | 23 |
| | 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 24 |
| | 25 Health savings account deduction. Attach Form 8889 | 25 |
| | 26 Moving expenses for members of the Armed Forces. Attach Form 3903 | 26 | 184. |
| | 27 Deductible part of self-employment tax. Attach Schedule SE | 27 | 184. |
| | 28 Self-employed SEP, SIMPLE, and qualified plans | 28 |
| | 29 Self-employed health insurance deduction | 29 |
| | 30 Penalty on early withdrawal of savings | 30 |
| | 31a Alimony paid    b Recipient's SSN ▶ | 31a |
| | 32 IRA deduction | 32 |
| | 33 Student loan interest deduction | 33 |
| | 34 Reserved | 34 |
| | 35 Reserved | 35 |
| | 36 Add lines 23 through 35 | 36 | 184. |

LHA    For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule 1 (Form 1040) 2018

---

## SCHEDULE 2 (Form 1040)

Department of the Treasury
Internal Revenue Service

**Tax**

▶ Attach to Form 1040.
▶ Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074
**2018**
Attachment Sequence No. **02**

Name(s) shown on Form 1040: GARY J & KARIN B REETZ

Your social security number: -4405

| | | |
|---|---|---|
| **Tax** | 38-44 Reserved | 38-44 | 0. |
| | 45 Alternative minimum tax. Attach Form 6251 | 45 |
| | 46 Excess advance premium tax credit repayment. Attach Form 8962 | 46 |
| | 47 Add the amounts in the far right column. Enter here and include on Form 1040, line 11 | 47 | 0. |

LHA    For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule 2 (Form 1040) 2018



SCHEDULE 6
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Foreign Address and Third Party Designee**

▶ Attach to Form 1040.

▶ Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074
2018
Attachment
Sequence No. 05A

Name(s) shown on Form 1040
GARY J. & KARIN B. REETZ

Your social security number
4405

**Foreign Address**

Foreign country name

Foreign province/county

Foreign postal code

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)?    ☒ Yes. Complete below.    ☐ No

Designee's name ▶ J. GENDLER, CPA

Phone no. ▶ 212  697  1075

Personal identification number (PIN) ▶ 51847

LHA    For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 6 (Form 1040) 2018

---

SCHEDULE 4
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Other Taxes**

▶ Attach to Form 1040.

▶ Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074
2018
Attachment
Sequence No. 04

Name(s) shown on Form 1040
GARY J. & KARIN B. REETZ

Your social security number
4405

**Other Taxes**

| | | |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | 367. |
| 58 | Unreported social security and Medicare tax from:    Form    a ☐ 4137    b ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, and other tax-favored accounts. Attach Form 5329 if required | 59 | |
| 60 a | Household employment taxes. Attach Schedule H | 60a | |
| b | Repayment of first-time homebuyer credit from Form 5405. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions) | 61 | |
| 62 | Taxes from:    a ☐ Form 8959    b ☐ Form 8960    c ☐ Instructions; enter code(s) | 62 | |
| 63 | Section 965 net tax liability installment from Form 965-A | 63 | |
| 64 | Add the amounts in the far right column. These are your total other taxes. Enter here and on Form 1040, line 14 | 64 | 367. |

LHA    For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 4 (Form 1040) 2018

810804  10-15-18

810849  10-15-18

## Child Tax Credit and Credit for Other Dependents Worksheet (keep for your records)

Name(s): First GARY J. Last & KARIN B. REETZ   Your SSN

### Part 1

1. Number of qualifying children under age 17 with the repeated
   social security number:
   _____ X $2,000. Enter the result. | 1 | 0.

2. Number of other dependents, including qualifying children who are not under 17 or who do not have the required social security number:
   _____ X $500. Enter the result. | 2 | 500.
   Add lines 1 and 2 | 3 | 500.

3. Add lines 1 and 2

4. Enter the amount from Form 1040, line 7 or Form 1040NR, line 37. | 4 | 198817.

5. 1040 filers: Enter the total of any:
   • Exclusion of income from Puerto Rico, and
   • Amounts from Form 2555, lines 45 and 50; Form 2555-EZ, line 18; and Form 4563, line 15. | 5 | 0.
   1040NR filers: Enter -0-.

6. Add lines 4 and 5. Enter the total. | 6 | 198817.

7. Enter the amount shown below for your filing status.
   • Married filing jointly – $400,000
   • All other filing statuses – $200,000 | 7 | 400000.

8. Is the amount on line 6 more than the amount on line 7?
   ☒ No. Leave line 8 blank. Enter -0- on line 9.
   ☐ Yes. Subtract line 7 from line 6.
   If the result is not a multiple of $1,000, increase it to the next multiple of $1,000 (for example, increase $425 to $1,000, increase $1,025 to $2,000, etc.). | 8 | 0.

9. Multiply the amount on line 8 by 5% (.05). Enter the result. | 9 | 0.

10. Is the amount on line 3 more than the amount on line 9?
    ☐ No. STOP
      You cannot take the child tax credit or credit for other dependents on Form 1040, line 12a.
      or Form 1040NR, line 49. You also cannot take the additional child tax credit.
    ☒ Yes. Subtract line 9 from line 3. Enter the result. | 10 | 500.

### Part 2

11. Enter the amount from Form 1040, line 11 or Form 1040NR, line 45. | 11 | 24653.

12. 1040 filers: Enter the total of the amounts from Schedule 3,
    lines 48 through 51.* _____ 12
    1040NR filers: Enter the total of the amounts from lines 46 through 48.*
    
    Subtract line 12 from line 11 | 13 | 24653.

13. Subtract line 12 from line 11

14. Are you claiming any of the following credits?
    • Mortgage interest credit, Form 8396
    • Adoption credit, Form 8839
    • District of Columbia first-time homebuyer credit, Form 8859
    ☒ No. Enter -0-.
    ☐ Yes. If you are filing Form 2555 or 2555-EZ, enter -0-. Otherwise,
      complete the Line 14 Worksheet to figure the amount to enter here. | 14 | 0.

15. Subtract line 14 from line 13. Enter the result. | 15 | 24653.

16. Is the amount on line 10 of this worksheet more than the amount on line 15?
    ☐ No. Enter the amount from line 10.    This is your child tax credit
    ☒ Yes. Enter the amount from line 15.    and credit for other dependents | 16 | 500.

*Also exclude amounts from:
Form 8885, line 30
Form 8978, line 23
Form 8936, line 23
Schedule H, line 22

15.1

---

## Form 2210

### Underpayment of Estimated Tax by Individuals, Estates, and Trusts

Department of the Treasury
Internal Revenue Service

► Go to www.irs.gov/Form2210 for instructions and the latest information.
► Attach to Form 1040, 1040NR, 1040NR-EZ, or 1041.

OMB No. 1545-0074
**2018**
Attachment Sequence No. 06

Name(s) shown on tax return   GARY J. & KARIN B. REETZ

Identifying number   4405

### Do You Have To File Form 2210?

Complete lines 1 through 7 below. Is line 7 less than $1,000? → **Yes** → Don't file Form 2210. You don't owe a penalty.
↓ **No**

Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? → **Yes** → You don't owe a penalty. Don't file Form 2210 (but if box E in Part II applies, you must file page 1 of Form 2210).
↓ **No**

You may owe a penalty. Does any box in Part II below apply? → **Yes** → You must file Form 2210. Does box B, C, or D in Part II apply?
↓ **No**                                      → **No** → You aren't required to figure your penalty. If you want to figure it, you may use Part IX or Part IV as a worksheet and enter your penalty amount on your tax return, but file only page 1 of Form 2210.
                                              → **Yes** → You must figure your penalty.

Don't file Form 2210. You aren't required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but don't file Form 2210.

### Part I    Required Annual Payment

| | | |
|---|---|---|
| 1 | Enter your 2018 tax after credits from Form 1040, line 13 (see instructions if not filing Form 1040) | 1 | 24153. |
| 2 | Other taxes, including self-employment tax and, if applicable, Additional Medicare Tax and/or Net Investment Income Tax (see instructions) | 2 | 367. |
| 3 | Refundable credits, including the premium tax credit (see instructions) | 3 | |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, stop; you don't owe a penalty. Don't file Form 2210 | 4 | 24520. |
| 5 | Multiply line 4 by 90% (0.90) | 5 | 22068. |
| 6 | Withholding taxes. Don't include estimated tax payments (see instructions) | 6 | 18768. |
| 7 | Subtract line 6 from line 4. If less than $1,000, stop; you don't owe a penalty. Don't file Form 2210 | 7 | 5752. |
| 8 | Maximum required annual payment based on prior year's tax (see instructions) | 8 | 34286. |
| 9 | Required annual payment. Enter the smaller of line 5 or line 8 | 9 | 22068. |

**Next:** Is line 9 more than line 6?
☐ **No.** You don't owe a penalty. Don't file Form 2210 unless box E below applies.
☒ **Yes.** You may owe a penalty, but don't file Form 2210 unless one or more boxes in Part II below applies.
  • If box B, C, or D applies, you must figure your penalty and file Form 2210.
  • If box A or E applies (but not B, C, or D) file only page 1 of Form 2210. You aren't required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty on your tax return, but file only page 1 of Form 2210.

### Part II    Reasons for Filing. Check applicable boxes. If none apply, don't file Form 2210.

A ☐ You request a waiver (see instructions) of your entire penalty due to tax reform or other reasons. You must check this box and file page 1 of Form 2210, but you aren't required to figure your penalty.

B ☐ You request a waiver (see instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210.

C ☐ Your income varied during the year and your penalty is reduced or eliminated when figured using the annualized income installment method. You must figure the penalty using Schedule AI and file Form 2210.

D ☐ Your penalty is lower when figured by treating the federal income tax withheld from your income as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210.

E ☐ You filed or are filing a joint return for either 2017 or 2018, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210.

LHA   For Paperwork Reduction Act Notice, see separate instructions.

Form **2210** (2018)

812041 01-08-19

15.2

## SCHEDULE A (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

### Itemized Deductions

▶ Go to www.irs.gov/ScheduleA for instructions and the latest information.
▶ Attach to Form 1040.

Caution: If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16.

OMB No. 1545-0074
**2018**
Attachment Sequence No. 07

Name(s) shown on Form 1040   GARY J. & KARIN B. REETZ

Your social security number   4405

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | |
| | 1 Medical and dental expenses (see instructions) | 1 | |
| | 2 Enter amount from Form 1040, line 7 | 2 | |
| | 3 Multiply line 2 by 7.5% (0.075) | 3 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** | 5 State and local taxes. | | |
| | a State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box ........ ▶ □   SEE STATEMENT 4 | 5a | 13474. |
| | b State and local real estate taxes (see instructions) | 5b | 39433. |
| | c State and local personal property taxes | 5c | 52907. |
| | d Add lines 5a through 5c | 5d | 52907. |
| | e Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) | 5e | 10000. |
| | 6 Other taxes. List type and amount ▶ | 6 | |
| | 7 Add lines 5e and 6 | 7 | 10000. |
| **Interest You Paid** | 8 Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box ........ ▶ □ | | |
| Caution: Your mortgage interest deduction may be limited (see instructions). | a Home mortgage interest and points reported to you on Form 1098 | 8a | 24510. |
| | b Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 8b | |
| | c Points not reported to you on Form 1098. See instructions for special rules | 8c | |
| | d Reserved | 8d | |
| | e Add lines 8a through 8c | 8e | 24510. |
| | 9 Investment interest. Attach Form 4952 if required. See instructions | 9 | |
| | 10 Add lines 8e and 9 | 10 | 24510. |
| **Gifts to Charity** | 11 Gifts by cash or check. If you made any gift of $250 or more, see instructions. | 11 | 12000. |
| If you made a gift and got a benefit for it, see instructions. | 12 Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 12 | |
| | 13 Carryover from prior year | 13 | |
| | 14 Add lines 11 through 13 | 14 | 12000. |
| **Casualty and Theft Losses** | 15 Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions | 15 | |
| **Other Itemized Deductions** | 16 Other—from list in instructions. List type and amount ▶ | 16 | |
| **Total Itemized Deductions** | 17 Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040, line 8 | 17 | 46510. |
| | 18 If you elect to itemize deductions even though they are less than your standard deduction, check here | | |

LHA   810001 11-24-18   For Paperwork Reduction Act Notice, see the Instructions for Form 1040.   Schedule A (Form 1040) 2018

16

---

Form 2210 (2018)   GARY J. & KARIN B. REETZ   4405   Page 2

### Part III   Short Method

- **Can You Use the Short Method?** You can use the short method if:
  - You can use the short method if:
  - You made no estimated tax payments (or your only payments were withheld federal income tax), or
  - You paid the same amount of estimated tax on each of the four payment due dates.

- **Must You Use the Regular Method?** You must use the regular method (Part IV) instead of the short method if:
  - You made any estimated tax payments late,
  - You checked box C or D in Part II, or
  - You are filing Form 1040NR or 1040NR-EZ and you didn't receive wages as an employee subject to U.S. income tax withholding.

**Note:** If any payment was made earlier than the due date, you can use the short method, but using it may cause you to pay a larger penalty than the regular method. If the payment was only a few days early, the difference is likely to be small.

| | | | |
|---|---|---|---|
| 10 | Enter the amount from Form 2210, line 9 | 10 | 22068. |
| 11 | Enter the amount, if any, from Form 2210, line 6 | 11    18768. | |
| 12 | Enter the total amount, if any, of estimated tax payments you made | 12 | |
| 13 | Add lines 11 and 12 | 13 | 18768. |
| 14 | Total underpayment for year. Subtract line 13 from line 10. If zero or less, stop; you don't owe a penalty. Don't file Form 2210 unless you checked box E in Part II | 14 | 3300. |
| 15 | Multiply line 14 by 0.03265 | 15 | 119. |
| 16 | • If the amount on line 14 was paid on or after 4/15/19, enter -0-. • If the amount on line 14 was paid before 4/15/19, make the following computation to find the amount to enter on line 16.   Amount on Number of days paid line 14  ×  before 4/15/19  ×  0.00016 | 16 | 0. |
| 17 | Penalty. Subtract line 16 from line 15. Enter the result here and on Form 1040, line 22; Form 1040NR, line 76; or Form 1041, line 27. Don't file Form 2210 unless you checked a box in Part II | 17 | 119. |

810560 10-29-18



Interest and Dividend Summary

**Interest and Dividend Summary (worksheet, top portion — rotated)**

Name: GARY J. & KARIN B. REETZ

| Payer | Interest | Savings Bonds interest on US | Tax-Exempt interest | Private Activity interest | Market Discount | Original Issue Discount (OID) | Ordinary Dividends | Qualified Dividends |
|---|---|---|---|---|---|---|---|---|
| EMIGRANT | 287. | | | | | | | |
| PEOPLES | 33. | | | | | | | |
| STATE STREET BANK | | | | | | | | |
| STATE STREET | | | | | | | 180. | |

---

# SCHEDULE B (Form 1040)

Department of the Treasury Internal Revenue Service (99)

**Interest and Ordinary Dividends**

▶ Go to www.irs.gov/ScheduleB for instructions and the latest information.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2018**

Attachment Sequence No. **08**

Name(s) shown on return: GARY J. & KARIN B. REETZ

Your social security number

## Part I — Interest

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶

| | Amount |
|---|---|
| EMIGRANT | 287. |
| PEOPLES | 33. |
| STATE STREET BANK | |

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**2** Add the amounts on line 1 ............... **2** | 320.

**3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ............... **3**

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 2b ............... ▶ **4** | 320.

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II — Ordinary Dividends

**5** List name of payer ▶ STATE STREET

| | Amount |
|---|---|
| | 180. |

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**6** Add the amounts on line 5. Enter the total here and on Form 1040, line 3b ............... ▶ **6** | 180.

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III — Foreign Accounts and Trusts

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** | At any time during 2018, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions ............... | | X |
| | If "Yes," are you required to file the FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements ............... | | |
| **b** | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| **8** | During 2018, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions ............... | | X |

LHA   For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule B (Form 1040) 2018

17

## SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074
**2018**
Attachment Sequence No. **09**

Name of proprietor: KARIN B. REETZ

Social security number (SSN): 

A Principal business or profession, including product or service (see instructions)

SEMINARS

B Enter code from instructions ▶ **611000**

C Business name. If no separate business name, leave blank.

KARIN B. REETZ

D Employer ID number (EIN) (see instr.)

E Business address (including suite or room no.) ▶ 31 DUSENBERRY ROAD
City, town or post office, state, and ZIP code ▶ BRONXVILLE, NY 10708

F Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses ☒ Yes ☐ No

H If you started or acquired this business during 2018, check here ▶ ☐

I Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No

J If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

### Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense | 18 |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | 11 | | 20a | Vehicles, machinery, and equipment | 20a |
| 12 | Depletion | 12 | | 20b | Other business property | 20b |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 |
| | | | | 22 | Supplies (not included in Part III) | 22 |
| | | | | 23 | Taxes and licenses | 23 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel and meals: | |
| 15 | Insurance (other than health) | 15 | | 24a | Travel | 24a |
| 16 | Interest (see instructions): | | | 24b | Deductible meals (see instructions) | 24b |
| 16a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 |
| 16b | Other | 16b | | 26 | Wages (less employment credits) | 26 |
| 17 | Legal and professional services | 17 | | 27a | Other expenses (from line 48) | 27a |
| | | | | 27b | Reserved for future use | 27b |

| | | |
|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | 28 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | |
| | Simplified method filers only: enter the total square footage of: (a) your home: | |
| | and (b) the part of your home used for business: . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | |
| | • If a profit, enter on both Schedule 1 (Form 1040), line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | |
| | • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | |

For Paperwork Reduction Act Notice, see the separate instructions.     Cat. No. 11334P     **Schedule C (Form 1040) 2018**

18

---

Schedule C (Form 1040) 2018  KARIN B. REETZ     Page **2**

### Part III  Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 33 | Method(s) used to value closing inventory:  a ☐ Cost  b ☐ Lower of cost or market  c ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation | ☐ Yes ☐ No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38 | Materials and supplies | 38 |
| 39 | Other costs | 39 |
| 40 | Add lines 35 through 39 | 40 |
| 41 | Inventory at end of year | 41 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

| | | |
|---|---|---|
| 43 | When did you place your vehicle in service for business purposes? (month, day, year) ▶ / / | |
| 44 | Of the total number of miles you drove your vehicle during 2018, enter the number of miles you used your vehicle for:  a Business    b Commuting    c Other | |
| 45 | Was your vehicle available for personal use during off-duty hours? | ☐ Yes ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? | ☐ Yes ☐ No |
| 47a | Do you have evidence to support your deduction? | ☐ Yes ☐ No |
| b | If "Yes," is the evidence written? | ☐ Yes ☐ No |

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| 48 | Total other expenses. Enter here and on line 27a | 48 | **6280.** |

B0002  10-16-18     **Schedule C (Form 1040) 2018**

19

## SCHEDULE D (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040 or Form 1040NR.
▶ Go to www.irs.gov/ScheduleD for instructions and the latest information.
▶ Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2018**

Attachment Sequence No. **12**

Name(s) shown on return: GARY J. & KARIN B. RSETZ

Your social security number: 4405

### Part I — Short-Term Capital Gains and Losses – Generally Assets Held One Year or Less (see instructions)

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|
| 1a | Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b. | | | | |
| 1b | Totals for all transactions reported on Form(s) 8949 with Box A checked | | | | |
| 2 | Totals for all transactions reported on Form(s) 8949 with Box B checked | 22844. | 21292. | | 1552. |
| 3 | Totals for all transactions reported on Form(s) 8949 with Box C checked | | | | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your Capital Loss Carryover Worksheet in the instructions | | | | 6 |
| 7 | Net short-term capital gain or (loss). Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on page 2 | | | | 7 | 1552. |

### Part II — Long-Term Capital Gains and Losses – Generally Assets Held More Than One Year (see instructions)

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|
| 8a | Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b. | | | | |
| 8b | Totals for all transactions reported on Form(s) 8949 with Box D checked | 19145. | 20077. | | <932.> |
| 9 | Totals for all transactions reported on Form(s) 8949 with Box E checked | 133. | 136. | | <3.> |
| 10 | Totals for all transactions reported on Form(s) 8949 with Box F checked | | | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 11 |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 |
| 13 | Capital gain distributions | | | | 13 |
| 14 | Long-term capital loss carryover. Enter the amount, if any, from line 13 of your Capital Loss Carryover Worksheet in the instructions | | | | 14 |
| 15 | Net long-term capital gain or (loss). Combine lines 8a through 14 in column (h). Then go to Part III on page 2 | | | | 15 | <935.> |

LHA  For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule D (Form 1040) 2018

819511  11-28-18

20

---

## Schedule C - Two-Year Comparison Worksheet

Business Name:

| Description | Tax Year 2017 | Tax Year 2018 | Increase (Decrease) |
|---|---|---|---|
| **INCOME** | | | |
| **EXPENSES** | | | |

819566  04-01-18

19.1

| Form **8949** | Sales and Other Dispositions of Capital Assets | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Go to www.irs.gov/Form8949 for instructions and the latest information. ▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D. | **2018** Attachment Sequence No. **12A** |

Name(s) shown on return

GARY J. & KARIN B. BRETZ

Social security number or taxpayer identification no.

4405

Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.

**Part I** | **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

Note: You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

You must check Box A, B, or C below. Check only one box. If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- [ ] (A) Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see Note above)
- [ ] (B) Short-term transactions reported on Form(s) 1099-B showing basis wasn't reported to the IRS
- [X] (C) Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) | (e) Cost or other basis. See the Note below and see Column (e) in the instructions | (f) Code(s) | (g) Amount of adjustment | (h) Gain or (loss) Subtract column (e) from column (d) & combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| STATE STREET | | 12/31/18 | 22101. | 20589. | | | 1512. |
| STATE STREET | | 03/15/18 | 743. | 703. | | | 40. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

2 Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 1b (if Box A above is checked), line 2 (if Box B above is checked), or line 3 (if Box C above is checked) ▶

| 22844. | 21292. | | 1552. |

Note: If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See Column (g) in the separate instructions for how to figure the amount of the adjustment.

822011 11-28-18   LHA   For Paperwork Reduction Act Notice, see your tax return instructions.   Form **8949** (2018)

22

---

Schedule D (Form 1040) 2018   GARY J. & KARIN B. BRETZ   4405   Page **2**

**Part III** | Summary

16 Combine lines 7 and 15 and enter the result ................................................................................................

| 16 | 617. |

- If line 16 is a gain, enter the amount from line 16 on Schedule D 1 (Form 1040), line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a loss, skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is zero, skip lines 17 through 21 below and enter -0- on Schedule D 1 (Form 1040), line 13, or Form 1040NR, line 14. Then go to line 22.

17 Are lines 15 and 16 both gains?
- [ ] Yes. Go to line 18.
- [X] No. Skip lines 18 through 21, and go to line 22.

18 If you are required to complete the 28% Rate Gain Worksheet (see instructions), enter the amount, if any, from line 7 of that worksheet .......................................................................................

| 18 | ▲ |

19 If you are required to complete the Unrecaptured Section 1250 Gain Worksheet (see instructions), enter the amount, if any, from line 18 of that worksheet .......................................

| 19 | ▲ |

20 Are lines 18 and 19 both zero or blank?
- [ ] Yes. Complete the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 11a (or in the instructions for Form 1040NR, line 42). Don't complete lines 21 and 22 below.
- [ ] No. Complete the Schedule D Tax Worksheet in the instructions. Don't complete lines 21 and 22 below.

21 If line 16 is a loss, enter here and on Schedule 1 (Form 1040), line 13, or Form 1040NR, line 14, the smaller of:
- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)

| 21 | |

Note: When figuring which amount is smaller, treat both amounts as positive numbers.

22 Do you have qualified dividends on Form 1040, line 3a, or Form 1040NR, line 10b?
- [X] Yes. Complete the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 11a (or in the instructions for Form 1040NR, line 42).
- [ ] No. Complete the rest of Form 1040 or Form 1040NR.

Schedule D (Form 1040) 2018

819310 11-08-18

21

## Qualified Dividends and Capital Gain Tax Worksheet – Line 11a

Keep for Your Records

Name(s) shown on return: GARY J. & KARIN B. REETZ  
Your SSN: 4405

**Before you begin:** ✓ See the instructions for line 11a to see if you can use this worksheet to figure your tax.  
✓ Before completing this worksheet, complete Form 1040 through line 10.  
✓ If you don't have to file Schedule D and you received capital gain distributions, be sure you checked the box on line 13 of Schedule 1.

| | | |
|---|---|---|
| 1. | Enter the amount from Form 1040, line 10. However, if you are filing Form 2555 or 2555-EZ (relating to foreign earned income), enter the amount from line 3 of the Foreign Earned Income Tax Worksheet | 1. 149031. |
| 2. | Enter the amount from Form 1040, line 3a* ........ 2. 180. | |
| 3. | Are you filing Schedule D?* | |
| | ☒ Yes. Enter the smaller of line 15 or 16 of Schedule D. If either line 15 or line 16 is blank or a loss, enter -0-. ........ 3. 0. | |
| | ☐ No. Enter the amount from Schedule 1, line 13. | |
| 4. | Add lines 2 and 3 | 4. 180. |
| 5. | If filing Form 4952 (used to figure investment interest expense deduction), enter any amount from line 4g of that form. Otherwise, enter -0- | 5. 0. |
| 6. | Subtract line 5 from line 4. If zero or less, enter -0- | 6. 180. |
| 7. | Subtract line 6 from line 1. If zero or less, enter -0- | 7. 148851. |
| 8. | Enter: | |
| | $38,600 if single or married filing separately, | |
| | $77,200 if married filing jointly or qualifying widow(er), | |
| | $51,700 if head of household. | 8. 77200. |
| 9. | Enter the smaller of line 1 or line 8 | 9. 77200. |
| 10. | Enter the smaller of line 7 or line 9 | 10. 77200. |
| 11. | Subtract line 10 from line 9. This amount is taxed at 0% | 11. 0. |
| 12. | Enter the smaller of line 1 or line 6 | 12. 180. |
| 13. | Enter the amount from line 11 | 13. 0. |
| 14. | Subtract line 13 from line 12 | 14. 180. |
| 15. | Enter: | |
| | $425,400 if single, | |
| | $239,500 if married filing separately, | |
| | $479,000 if married filing jointly or qualifying widow(er), | |
| | $452,400 if head of household. | 15. 479000. |
| 16. | Enter the smaller of line 1 or line 15 | 16. 149031. |
| 17. | Add lines 7 and 11 | 17. 148851. |
| 18. | Subtract line 17 from line 16. If zero or less, enter -0- | 18. 180. |
| 19. | Enter the smaller of line 14 or line 18 | 19. 180. |
| 20. | Multiply line 19 by 15% (0.15) | 20. 27. |
| 21. | Add lines 11 and 19 | 21. 180. |
| 22. | Subtract line 21 from line 12 | 22. 0. |
| 23. | Multiply line 22 by 20% (0.20) | 23. 0. |
| 24. | Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet | 24. 24626. |
| 25. | Add lines 20, 23, and 24 | 25. 24653. |
| 26. | Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet | 26. 24666. |
| 27. | **Tax on all taxable income.** Enter the smaller of line 25 or line 26. Also include this amount on the entry space on Form 1040, line 11a. If you are filing Form 2555 or 2555-EZ, don't enter this amount on the entry space on Form 1040, line 11a. Instead, enter it on line 4 of the Foreign Earned Income Tax Worksheet | 27. 24653. |

*If you are filing Form 2555 or 2555-EZ, see the footnote in the Foreign Earned Income Tax Worksheet before completing this line.

619681 12-04-18

23.1

---

## Form 8949 (2018)

Attachment Sequence No. 12A   Page 2

Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on page 1  
GARY J. & KARIN B. REETZ

Social security number or taxpayer identification no. – 4405

Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.

### Part II  Long-Term. Transactions involving capital assets you held more than 1 year are generally long-term transactions. For short-term transactions, see page 1.

Note: You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

You must check Box D, E, or F below. Check only one box. If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

☐ (D) Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see Note above)  
☒ (E) Long-term transactions reported on Form(s) 1099-B showing basis wasn't reported to the IRS  
☐ (F) Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) | (e) Cost or other basis. See the Note below and see Column (e) in the instructions | (f) Code(s) | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) & combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| STATE STREET | | 12/31/18 | 133. | 136. | | | <3.> |
| | | | | | | | |
| 2 **Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 8b (if Box D above is checked), line 9 (if Box E above is checked), or line 10 (if Box F above is checked) ▶ | | | 133. | 136. | | | <3.> |

Note: If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See Column (g) in the separate instructions for how to figure the amount of the adjustment.

822512  11-28-18

Form **8949** (2018)

23



INCOME FROM PASSTHROUGH STATEMENT, PAGE 1

SCHEDULE E
Name GARY J. REETZ
PUBLICLY TRADED PARTNERSHIP
Passthrough of MIDSTREAM PARTNERS LP

SSN/EIN 4405

ID 03-0561111



52-1551 04-01-18

## INCOME FROM PASSTHROUGH STATEMENT, PAGE 2

2018

SCHEDULE E

Name GARY J. REETZ

SSN/EIN ·4405 TAXPAYER

Passthrough DCP MIDSTREAM PATRNERS LP ID 03-0567133

PUBLICLY TRADED PARTNERSHIP

| OTHER PASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | | | | | | | | |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | | | | | | | | |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Qualified production activities income | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |

26

821552 04-01-18

## INCOME FROM PASSTHROUGH STATEMENT, PAGE 1

2018

SCHEDULE E

Name GARY J. REETZ

SSN/EIN 4405 TAXPAYER

Passthrough LE RUE LTD ID 13-4151816

S CORPORATION

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | 16381. | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | | | | | | | | |
| Disallowed section 179 expense | | | | | | | | |
| Excess farm loss | | | | | | | | |
| Net income (loss) | 16381. | | | | | | | 16381. |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | 16381. | | | | | | | 16381. |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | | | | | | | | |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

27

821551 04-01-18

INCOME FROM PASSTHROUGH STATEMENT, PAGE 2 — 2018

SCHEDULE E
Name GARY J. REETZ — SSN/EIN 4405
Passthrough LE RUE LTD — ID 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 — TAXPAYER
S CORPORATION

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | | | | | | | | |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | | | | | | | | |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Qualified production activities income | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |

28

821552 04-01-18

INCOME FROM PASSTHROUGH STATEMENT, PAGE 1 — 2018

SCHEDULE E
Name GARY J. REETZ — SSN/EIN 4405
Passthrough ENERGY TRANSFER — ID 30-0108820 — TAXPAYER
PUBLICLY TRADED PARTNERSHIP

| OTHER PASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | | | | | | | | |
| Disallowed section 179 expense | | | | | | | | |
| Excess farm loss | | | | | | | | |
| Net income (loss) | | | | | | 3112. | | -3112. |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | | | | | | 3112. | | -3112. |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | | | | | | | | |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

29

821581 04-01-18

SCHEDULE E

INCOME FROM PASSTHROUGH STATEMENT, PAGE 2

2018

Name GARY J. REETZ SSN/EIN _ 4405 TAXPAYER

Passthrough ENERGY TRANSFER ID 30-0108820

PUBLICLY TRADED PARTNERSHIP

| OTHER PASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| INTEREST AND DIVIDENDS | | | | | | | | |
| Interest income | | | | | | | | |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| FORM 6251 | | | | | | | | |
| Depreciation adjustment after 12/31/86 | | | | | | | | |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| MISCELLANEOUS | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Qualified production activities income | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |

821552 04-01-18

Schedule E

## Publicly Traded Partnerships

Name of Activity: DCP MIDSTREAM PATRNERS LP

| | |
|---|---|
| Activity net income | |
| Activity net loss | |
| Prior year unallowed losses | -2645. |
| Net income (loss) | -2645. 100% DISPOSITION |
| Total loss allowed from the PTP for 2018 | 2645. |
| Disallowed losses from this PTP | |

| Form or Schedule | Gain/Loss | Prior Year Carryover | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| SCH E | 0. | 2644. | -2644. | | 2644. |
| FORM 4797 | 0. | 1. | -1. | | 1. |
| | | 2645. | -2645. | | 2645. |

### Alternative Minimum Tax

| | |
|---|---|
| Activity net income | |
| Activity net loss | |
| Prior year unallowed losses | -2645. |
| Net income (loss) | -2645. 100% DISPOSITION |
| Total loss allowed from the PTP for 2018 | 2645. |
| Disallowed losses from this PTP | |
| Alternative minimum tax adjustment | |

| Form or Schedule | Gain/Loss | Prior Year Carryover | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| SCH E | 0. | 2644. | -2644. | | 2644. |
| FORM 4797 | 0. | 1. | -1. | | 1. |
| | | 2645. | -2645. | | 2645. |

810031 04-01-18

## Schedule SE (Form 1040) — Self-Employment Tax

Department of the Treasury
Internal Revenue Service (99)

▶ Go to www.irs.gov/ScheduleSE for instructions and the latest information.
▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074
2018
Attachment Sequence No. 17

Name of person with self-employment income (as shown on Form 1040 or Form 1040NR): **KARIN B. REETZ**

Social security number of person with self-employment income ▶

**Before you begin:** To determine if you must file Schedule SE, see the instructions.

**May I Use Short Schedule SE or Must I Use Long Schedule SE?**

Note: Use this flowchart only if you must file Schedule SE. If unsure, see Who Must File Schedule SE in the instructions.

Did you receive wages or tips in 2018?

Are you a minister, member of a religious order, or Christian Science practitioner who received IRS approval not to be taxed on earnings from these sources, and you owe self-employment tax on other earnings?

Was the total of your wages and tips subject to social security or railroad retirement (tier 1) tax plus your net earnings from self-employment more than $128,400?

Are you using one of the optional methods to figure your net earnings (see instructions)?

Did you receive tips subject to social security or Medicare tax that you didn't report to your employer?

Did you receive church employee income (see instructions) reported on Form W-2 of $108.28 or more?

Did you report any wages on Form 8919, Uncollected Social Security and Medicare Tax on Wages?

You may use Short Schedule SE below | You must use Long Schedule SE on page 2

**Section A—Short Schedule SE. Caution:** Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1a Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. | 1a | |
| b If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH. | 1b | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report. STMT 7 | 2 | |
| 3 Combine lines 1a, 1b, and 2 | 3 | |
| 4 Multiply line 3 by 92.35% (0.9235). If less than $400, you don't owe self-employment tax; don't file this schedule unless you have an amount on line 1b | 4 | |
| Note: If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| 5 Self-employment tax. If the amount on line 4 is: | | |
| • $128,400 or less, multiply line 4 by 15.3% (0.153). Enter the result here and on Schedule 4 (Form 1040), line 57, or Form 1040NR, line 55 | | |
| • More than $128,400, multiply line 4 by 2.9% (0.029). Then, add $15,921.60 to the result. Enter the total here and on Schedule 4 (Form 1040), line 57, or Form 1040NR, line 55 | 5 | |
| 6 Deduction for one-half of self-employment tax. Multiply line 5 by 50% (0.50). Enter the result here and on Schedule 1 (Form 1040), line 27, or Form 1040NR, line 27 | 6 | |

LHA  For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule SE (Form 1040) 2018

821401 10-18-18

33

---

## Schedule E — Publicly Traded Partnerships

Name of Activity: **ENERGY TRANSFER**

|  | Gain/Loss | Prior Year Carryover | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| Activity net income | | | | | |
| Activity net loss | | | -3112. | | |
| Prior year unallowed losses | | | | | |
| Net income (loss) | | | -3112. | | |
| Total loss allowed from the PTP for 2018 | | | | | 3112. |
| Disallowed losses from this PTP | 3112. | | | | |

Name of Activity: **100% DISPOSITION**

| Form or Schedule | Gain/Loss | Prior Year Carryover | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| SCH E | 0. | 3112. | -3112. | | 3112. |

---

## Alternative Minimum Tax

|  | Gain/Loss | Prior Year Carryover | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| Activity net income | | | | | |
| Activity net loss | | | -3074. | | |
| Prior year unallowed losses | | | | | |
| Net income (loss) | | | -3074. | | |
| Total loss allowed from the PTP for 2018 | | | | | 3074. |
| Disallowed losses from this PTP | 3074. | | | | |

Name of Activity: **100% DISPOSITION**

Alternative minimum tax adjustment: 38.

| Form or Schedule | Gain/Loss | Prior Year Carryover | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| SCH E | 0. | 3074. | -3074. | | 3074. |

810011 04-01-18

32

4405  Page 2

Form 1116 (2018)  GARY J. & KARIN B. REETZ

**Part III   Figuring the Credit**

| | | |
|---|---|---|
| 9 Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | |
| 10 Carryback or carryover (attach detailed computation) | 10 | |
| (If your income was section 951A income above Part I), leave line 10 blank.) | | |
| 11 Add lines 9 and 10 | 11 | |
| 12 Reduction in foreign taxes | 12 | |
| 13 Taxes reclassified under high tax kickout | 13 | |
| 14 Combine lines 11, 12, and 13. This is the total amount of foreign taxes available for credit | 14 | |
| 15 Enter the amount from line 7. This is your taxable income (or loss) from sources outside the United States (before adjustments) for the category of income checked above Part I | 15 | |
| 16 Adjustments to line 15 | 16 | |
| 17 Combine the amounts on lines 15 and 16. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 18 through 22. However, if you are filing more than one Form 1116, you must complete line 20.) | 17 | |
| 18 Individuals: Enter the amount from Form 1040, line 10, or Form 1040NR, line 41. Estates and trusts: Enter your taxable income without the deduction for your exemption | 18 | |
| Caution: If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions. | | |
| 19 Divide line 17 by line 18. If line 17 is more than line 18, enter "1" | 19 | |
| 20 Individuals: Enter the total of Form 1040, line 11a, and Schedule 2 (Form 1040), line 46. If you are a nonresident alien, enter the total of Form 1040NR, lines 42 and 44. Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 40, 41, and 43. Foreign estates and trusts should enter the amount from Form 1040NR, line 42 | 20 | |
| Caution: If you are completing line 20 for separate category g (lump-sum distributions), see instructions. | | |
| 21 Multiply line 20 by line 19 (maximum amount of credit) | 21 | |
| 22 Enter the smaller of line 14 or line 21. If this is the only Form 1116 you are filing, skip lines 23 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV | 22 | |

**Part IV   Summary of Credits From Separate Parts III**

| | | |
|---|---|---|
| 23 Credit for taxes on section 951A income | 23 | |
| 24 Credit for taxes on foreign branch income | 24 | |
| 25 Credit for taxes on passive category income | 25 | |
| 26 Credit for taxes on general category income | 26 | |
| 27 Credit for taxes on section 901(j) income | 27 | |
| 28 Credit for taxes on certain income re-sourced by treaty | 28 | |
| 29 Credit for taxes on lump-sum distributions | 29 | |
| 30 Add lines 23 through 29 | 30 | 0. |
| 31 Enter the smaller of line 20 or line 30 | 31 | |
| 32 Reduction of credit for international boycott operations | 32 | |
| 33 Subtract line 32 from line 31. This is your **foreign tax credit**. Enter here and on Schedule 3 (Form 1040), line 48; Form 1040NR, line 46; Form 1041, Schedule G, line 2a; or Form 990-T, line 45a | 33 | 0. |

811311 12-18-18

Form 1116 (2018)

35

---

Form **1116**

Department of the Treasury
Internal Revenue Service (99)

**Foreign Tax Credit**
(Individual, Estate, or Trust)

▶ Attach to Form 1040, 1040NR, 1041, or 990-T.
▶ Go to www.irs.gov/Form1116 for instructions and the latest information.

OMB No. 1545-0121

**2018**

Attachment
Sequence No. **19**

Name
GARY J. & KARIN B. REETZ

-4405

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a ☐ Section 951A income
- b ☒ Foreign branch income
- c ☐ Passive category income
- d ☐ General category income
- e ☐ Section 901(j) income
- f ☐ Certain income re-sourced by treaty
- g ☐ Lump-sum distributions

h Resident of (name of country) ▶ UNITED STATES

Note: If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.

**Part I   Taxable Income or Loss From Sources Outside the United States** (for category checked above)

| | | Foreign Country or U.S. Possession | | | |
|---|---|---|---|---|---|
| | | A | B | C | Total (Add cols. A, B, and C.) |
| 1 Enter the name of the foreign country or U.S. possession | | OTHER COUNTRIES | | | |

1a Gross income from sources within country shown above and of the type checked above:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 1a |
| b Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ☐ | | | | | |

**Deductions and losses (Caution:** See instructions.):

| | | | |
|---|---|---|---|
| 2 Expenses definitely related to the income on line 1a (attach statement) | | | |
| 3 Pro rata share of other deductions not definitely related: | | | |
| a Certain itemized deductions or standard deduction | | | |
| b Other deductions (attach statement) | | | |
| c Add lines 3a and 3b | | | |
| d Gross foreign source income | | | |
| e Gross income from all sources | | | |
| f Divide line 3d by line 3e | | | |
| g Multiply line 3c by line 3f | | | |
| 4 Pro rata share of interest expense: | | | |
| a Home mortgage interest (use the Worksheet for Home Mortgage Interest in the instructions) | | | |
| b Other interest expense | | | |
| 5 Losses from foreign sources | | | |
| 6 Add lines 2, 3g, 4a, 4b, and 5 | | | | 6 |
| 7 Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 | | | | 7 |

**Part II   Foreign Taxes Paid or Accrued**

| Country | Credit is claimed for taxes (you must check one box) | | In foreign currency | | | | | | In U.S. dollars | | | | | (h) Total foreign taxes paid or accrued (add cols. (o) through (t)) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (j) ☒ Paid (k) ☐ Accrued | (l) Date paid or accrued | Taxes withheld at source on: | | | (q) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (t) Other foreign taxes paid or accrued | | | | |
| | | | (m) Dividends | (n) Rents and royalties | (o) Interest | | (r) Dividends | (s) Rents and royalties | | | | | | |
| A | | | | | 10000. | | | | | 218726. .000000000 | | | | 10000. |
| B | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | |
| 8 Add lines A through C, column (t). Enter the total here and on line 9, page 2 | | | | | | | | | | | | | | 8 |

LHA  For Paperwork Reduction Act Notice, see instructions.

Form **1116** (2018)

812251 12-18-18

34

-4405

## Form 4797 (page 1)

**Form 4797**
Department of the Treasury
Internal Revenue Service

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))
► Go to www.irs.gov/Form4797 for instructions and the latest information.
► Attach to your tax return.

OMB No. 1545-0184
**2018**
Attachment Sequence No. **27**

Name(s) shown on return: GARY J. & KARIN B. REETZ

Identifying number: -4405

1 Enter the gross proceeds from sales or exchanges reported to you for 2018 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20

**Part I** Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

DCP MIDSTREAM
*PARTNERS LP

| | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | -1. |

| | | |
|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | -1. |

Partnerships and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years. See instructions. **STATEMENT  8** | 8 |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | 9 |

**Part II** Ordinary Gains and Losses (see instructions)

| | | |
|---|---|---|
| 10 | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | -1. |
| 11 | Loss, if any, from line 7 | 11 | ( ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Combine lines 10 through 16 | 17 | -1. |

18 For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

a If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | 18a |

b Redetermine the gain or (loss) on line 7 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), line 14 | 18b | -1. |

LHA  For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2018)

* ENTIRE DISPOSITION OF ACTIVITY

818513  12-10-18

---

## Form 4797 (page 2)

Form 4797 (2018) GARY J. & KARIN B. REETZ     -4405  Page **2**

**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions)

19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property:

A
B
C
D

| These columns relate to the properties on lines 19A through 19D. | ▶ | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|---|
| 20 Gross sales price (Note: See line 1 before completing.) | 20 | | | | | | |
| 21 Cost or other basis plus expense of sale | 21 | | | | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | | | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | | | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | | | | | | |

| 25 If section 1245 property: | | | | | | | |
|---|---|---|---|---|---|---|---|
| a Depreciation allowed or allowable from line 22 | 25a | | | | | | |
| b Enter the smaller of line 24 or 25a | 25b | | | | | | |

26 If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291.

| a Additional depreciation after 1975. See instructions | 26a | | | | | | |
| b Applicable percentage multiplied by the smaller of line 24 or line 26a. See instructions | 26b | | | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | | | |
| e Enter the smaller of line 24c or 26d | 26e | | | | | | |
| f Section 291 amount (corporations only) | 26f | | | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | | | |

27 If section 1252 property: Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership.

| a Soil, water, and land clearing expenses | 27a | | | | | | |
| b Line 27a multiplied by applicable percentage | 27b | | | | | | |
| c Enter the smaller of line 24 or 27b | 27c | | | | | | |

28 If section 1254 property:

| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | 28a | | | | | | |
| b Enter the smaller of line 24 or 28a | 28b | | | | | | |

29 If section 1255 property:

| a Applicable percentage of payments excluded from income under section 126. See instructions | 29a | | | | | | |
| b Enter the smaller of line 24 or 29a. See instructions | 29b | | | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 Total gains for all properties. Add property columns A through D, line 24 | | 30 | |
|---|---|---|---|

| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | | 31 | |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | | 32 | |

**Part IV** Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

818012  12-10-18

Form **4797** (2018)

37

## Form 6251 — Alternative Minimum Tax - Individuals

Form **6251**

Department of the Treasury
Internal Revenue Service (99)

▶ Go to www.irs.gov/Form6251 for instructions and the latest information.
▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074
**2018**
Attachment Sequence No. **32**

Name(s) shown on Form 1040 or Form 1040NR: GARY J. & KARIN B. BRETZ

Your social security number: **4405**

### Part I — Alternative Minimum Taxable Income

| | | |
|---|---|---|
| 1 | Enter the amount from Form 1040, line 10, if more than zero. If Form 1040, line 10, is zero, subtract lines 8 and 9 of Form 1040 from line 7 of Form 1040 and enter the result here. (If less than zero, enter as a negative amount.) | 1 | 149031. |
| 2a | If filing Schedule A (Form 1040), enter the taxes from Schedule A, line 7; otherwise, enter the amount from Form 1040, line 8 | 2a | 10000. |
| b | Tax refund from Schedule 1 (Form 1040), line 10 or line 21 | 2b | |
| c | Investment interest expense (difference between regular tax and AMT) | 2c | |
| d | Depletion (difference between regular tax and AMT) | 2d | |
| e | Net operating loss deduction from Schedule 1 (Form 1040), line 21. Enter as a positive amount | 2e | |
| f | Alternative tax net operating loss deduction | 2f | |
| g | Interest from specified private activity bonds exempt from the regular tax | 2g | |
| h | Qualified small business stock, see instructions | 2h | |
| i | Exercise of incentive stock options (excess of AMT income over regular tax income) | 2i | |
| j | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 2j | |
| k | Disposition of property (difference between AMT and regular tax gain or loss) | 2k | |
| l | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 2l | |
| m | Passive activities (difference between AMT and regular tax income or loss) | 2m | SEE STATEMENT 9 | 38. |
| n | Loss limitations (difference between AMT and regular tax income or loss) | 2n | |
| o | Circulation costs (difference between regular tax and AMT) | 2o | |
| p | Long-term contracts (difference between AMT and regular tax income) | 2p | |
| q | Mining costs (difference between regular tax and AMT) | 2q | |
| r | Research and experimental costs (difference between regular tax and AMT) | 2r | |
| s | Income from certain installment sales before January 1, 1987 | 2s | |
| t | Intangible drilling costs preference | 2t | |
| 3 | Other adjustments, including income-based related adjustments | 3 | |
| 4 | Alternative minimum taxable income. Combine lines 1 through 3. (If married filing separately and line 4 is more than $718,800, see instructions.) | 4 | 159069. |

### Part II — Alternative Minimum Tax (AMT)

| | | |
|---|---|---|
| 5 | Exemption. (If you were under age 24 at the end of 2018, see instructions.) | | |
| | IF your filing status is ... AND line 4 is not over ... THEN enter on line 5 ... | | |
| | Single or head of household .......... $500,000 ........ $70,300 | | |
| | Married filing jointly or qualifying widow(er) ... 1,000,000 ... 109,400 | | |
| | Married filing separately .......... 500,000 ........ 54,700 | | |
| | If line 4 is over the amount shown above for your filing status, see instructions. | 5 | 109400. |
| 6 | Subtract line 5 from line 4. If more than zero, go to line 7. If zero or less, enter -0- here and on lines 7, 9, and 11, and go to line 10 | 6 | 49669. |
| 7 | • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter.<br>• If you reported capital gain distributions directly on Schedule 1 (Form 1040), line 13; you reported qualified dividends on Form 1040, line 3a; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 40 here.<br>• All others: If line 6 is $191,100 or less ($95,550 or less if married filing separately), multiply line 6 by 26% (0.26). Otherwise, multiply line 6 by 28% (0.28) and subtract $3,822 ($1,911 if married filing separately) from the result. | 7 | 12894. |
| 8 | Alternative minimum tax foreign tax credit (see instructions) | 8 | |
| 9 | Tentative minimum tax. Subtract line 8 from line 7 | 9 | 12894. |
| 10 | Add Form 1040, line 11a (minus any tax from Form 4972), and Schedule 2 (Form 1040), line 46. Subtract from the result any foreign tax credit from Schedule 3 (Form 1040), line 48. If you used Schedule J to figure your tax on Form 1040, line 11a, refigure that tax without using Schedule J before completing this line (see instructions) | 10 | 24653. |
| 11 | AMT. Subtract line 10 from line 9. If zero or less, enter -0-. Enter here and on Schedule 2 (Form 1040), line 45 | 11 | 0. |

For Paperwork Reduction Act Notice, see your tax return instructions.     LHA     Form **6251** (2018)

37.1

---

## Form 6251 (2018) — Page 2

Form 6251 (2018)     GARY J. & KARIN B. BRETZ     -4405     Page **2**

### Part III — Tax Computation Using Maximum Capital Gains Rates

Complete Part III only if you are required to do so by line 7 or by Foreign Earned Income Tax Worksheet in the instructions.

| | | |
|---|---|---|
| 12 | Enter the amount from Form 6251, line 6. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet in the instructions for line 18 | 12 | 49669. |
| 13 | Enter the amount from line 4 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 11a, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 13 | 180. |
| 14 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 14 | |
| 15 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 13. Otherwise, add lines 13 and 14, and enter the smaller of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 15 | 180. |
| 16 | Enter the smaller of line 12 or line 15 | 16 | 180. |
| 17 | Subtract line 16 from line 12 | 17 | 49489. |
| 18 | If line 17 is $191,100 or less ($95,550 or less if married filing separately), multiply line 17 by 26% (0.26). Otherwise, multiply line 17 by 28% (0.28) and subtract $3,822 ($1,911 if married filing separately) from the result | 18 | 12867. |
| 19 | Enter:<br>• $77,200 if married filing jointly or qualifying widow(er),<br>• $38,600 if single or married filing separately, or<br>• $51,700 if head of household | 19 | 77200. |
| 20 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 11a, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040, line 10; or if zero or less, enter -0-. If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 20 | 148851. |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | 21 | 0. |
| 22 | Enter the smaller of line 12 or line 13 | 22 | 180. |
| 23 | Enter the smaller of line 21 or line 22. This amount is taxed at 0% | 23 | 0. |
| 24 | Subtract line 23 from line 22 | 24 | 180. |
| 25 | Enter:<br>• $425,800 if single<br>• $239,500 if married filing separately<br>• $479,000 if married filing jointly or qualifying widow(er)<br>• $452,400 if head of household | 25 | 479000. |
| 26 | Enter the amount from line 21 | 26 | 0. |
| 27 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 11a, or the amount from line 19 of the Schedule D Tax Worksheet, whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040, line 10; or if zero or less, enter -0-. If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 27 | 148851. |
| 28 | Add line 26 and line 27 | 28 | 148851. |
| 29 | Subtract line 28 from line 25. If zero or less, enter -0- | 29 | 330149. |
| 30 | Enter the smaller of line 24 or line 29 | 30 | 180. |
| 31 | Multiply line 30 by 15% (0.15) | 31 | 27. |
| 32 | Add lines 23 and 30 | 32 | 180. |
| 33 | Subtract line 32 from line 22. If zero or less, skip lines 33 through 37 and go to line 38. Otherwise, go to line 33 | 33 | 0. |
| 34 | Multiply line 33 by 20% (0.20) | 34 | |
| 35 | If line 14 is zero or blank, skip lines 35 through 37 and go to line 38. Otherwise, go to line 35 | | |
| 36 | Add lines 17, 32, and 33 | 36 | |
| 37 | Subtract line 36 from line 12 | 37 | |
| 38 | Multiply line 36 by 25% (0.25) | 38 | |
| 39 | Add lines 18, 31, 34, and 37 | 39 | 12894. |
| 40 | If line 12 is $191,100 or less ($95,550 or less if married filing separately), multiply line 12 by 26% (0.26). Otherwise, multiply line 12 by 28% (0.28) and subtract $3,822 ($1,911 if married filing separately) from the result | | |
| | Enter the smaller of line 38 or line 39 here and on line 7. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 7. Instead, enter it on line 4 of the worksheet in the instructions for line 7 | 40 | 12894. |

Form **6251** (2018)

37.2





## Form 8867 — Paid Preparer's Due Diligence Checklist (2018)

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC), Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status

► To be completed by preparer and filed with Form 1040, 1040NR, 1040SS, or 1040PR.
► Go to www.irs.gov/Form8867 for instructions and the latest information.

Taxpayer name(s) shown on return: **GARY J. & KARIN B. REBETZ**

Enter preparer's name and PTIN: **JOEL H. GENDLER, CPA**

### Part I — Due Diligence Requirements

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on this return and complete the related Parts I–IV for the benefit(s), and/or HOH filing status claimed (check all that apply).

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| | | ☒ | | |

| | Yes | No |
|---|---|---|
| 1  Did you complete the return based on information for tax year 2018 provided by the taxpayer or reasonably obtained by you? | ☒ Yes | ☐ No |
| 2  If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040SS, 1040PR, or 1040NR instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? | ☒ Yes | ☐ No |
| 3  Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. • Interview the taxpayer, ask questions, and document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and the amount of any credit(s) claimed. | ☒ Yes | ☐ No |
| 4  Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes," answer questions 4a and 4b. If "No," go to question 5.) | ☐ Yes | ☒ No |
| a  Did you make reasonable inquiries to determine the correct, complete, and consistent information? | ☐ Yes | ☐ No |
| b  Did you document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) | ☐ Yes | ☐ No |
| 5  Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to compute the amount of the credit(s). List those documents, if any, that you relied on. | ☒ Yes | ☐ No |
| 6  Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount of any credit(s) claimed on the return if his/her return is selected for audit? | ☒ Yes | ☐ No |
| 7  Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? (If credits were disallowed or reduced, go to question 7a; if not, go to question 8.) | ☒ Yes | ☐ No |
| a  Did you complete the required recertification Form 8862? | ☒ Yes | ☐ No |
| 8  If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Form 1040, Schedule C? | ☒ Yes | ☐ No |

For Paperwork Reduction Act Notice, see separate instructions.    Form **8867** (2018)

---

## Form 1116 — ALTERNATIVE MINIMUM TAX — Page 2

GARY J. & KARIN B. REBETZ

### Part III — Figuring the Credit

| | | |
|---|---|---|
| 9  Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | |
| 10  Carryback or carryover (attach detailed computation) | 10 | |
| 11  Add lines 9 and 10 | 11 | |
| 12  Reduction in foreign taxes | 12 | |
| 13  Taxes reclassified under high tax kickout | 13 | |
| 14  Combine lines 11, 12, and 13. This is the total amount of foreign taxes available for credit | 14 | |
| 15  Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I | 15 | |
| 16  Adjustments to line 15 | 16 | |
| 17  Combine the amounts on lines 15 and 16. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 18 through 22. However, if you are filing more than one Form 1116, you must complete line 20.) | 17 | |
| 18  Individuals: Enter the amount from Form 1040, line 10, or Form 1040NR, line 41. Estates and trusts: Enter your taxable income without the deduction for your exemption | 18 | |
| Caution: If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions. | | |
| 19  Divide line 17 by line 18. If line 17 is more than line 18, enter "1" | 19 | |
| 20  Individuals: Enter the total of Form 1040, line 11a, and Schedule 2 (Form 1040), line 46. If you are a nonresident alien, enter the total of Form 1040NR, lines 42 and 44. Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 40, 41, and 43. Foreign estates and trusts should enter the amount from Form 1040NR, line 42. Caution: If you are completing line 20 for separate category g (lump-sum distributions), see instructions. | 20 | |
| 21  Multiply line 20 by line 19 (maximum amount of credit) | 21 | |
| 22  Enter the smaller of line 14 or line 21. If this is the only Form 1116 you are filing, skip lines 23 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV | 22 | |

### Part IV — Summary of Credits From Separate Parts III

| | | |
|---|---|---|
| 23  Credit for taxes on section 951A income | 23 | |
| 24  Credit for taxes on foreign branch income | 24 | |
| 25  Credit for taxes on passive category income | 25 | |
| 26  Credit for taxes on general category income | 26 | |
| 27  Credit for taxes on section 901(j) income | 27 | |
| 28  Credit for taxes on certain income re-sourced by treaty | 28 | |
| 29  Credit for taxes on lump-sum distributions | 29 | |
| 30  Add lines 23 through 29 | 30 | |
| 31  Enter the smaller of line 20 or line 30 | 31 | |
| 32  Reduction of credit for international boycott operations | 32 | |
| 33  Subtract line 32 from line 31. This is your foreign tax credit. Enter here and on Schedule 3 (Form 1040), line 48; or Form 990-T, line 45a | 33 | 0. |

Form 1116 (2018)

Form 8867 (2018)   GARY J. & KARIN B. REETZ                                          -4405- Page 2

| | EIC | CTC/ ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|

**Part II   Due Diligence Questions for Returns Claiming EIC** (If the return does not claim EIC, go to Part III.)

9a  Have you determined that this taxpayer is, in fact, eligible to claim the EIC for the number of children for whom the EIC is claimed, or to claim the EIC if the taxpayer has no qualifying child? (Skip 9b and 9c if the taxpayer is claiming the EIC and does not have a qualifying child.) .......... [ ] Yes  [ ] No

b  Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? .......... [ ] Yes  [ ] No

c  Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? .......... [ ] Yes  [ ] No  [ ] N/A

**Part III   Due Diligence Questions for Returns Claiming CTC/ACTC/ODC** (If the return does not claim CTC, ACTC, or ODC, go to Part IV.)

10  Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? .......... [X] Yes  [ ] No

11  Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the taxpayer has not lived with the child for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? .......... [X] Yes  [ ] No  [ ] N/A

12  Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? .......... [X] Yes  [ ] No  [ ] N/A

**Part IV   Due Diligence Questions for Returns Claiming AOTC** (If the return does not claim AOTC, go to Part V.)

13  Did the taxpayer provide the required substantiation for the credit, including a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? .......... [ ] Yes  [ ] No

**Part V   Due Diligence Questions for Claiming HOH** (If the return does not claim HOH filing status, go to Part VI.)

14  Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? .......... [ ] Yes  [ ] No

**Part VI   Eligibility Certification**

▲ You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:

A.  Interview the taxpayer, ask adequate questions, document the taxpayer's response on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to determine the amount of the credit(s) claimed;

B.  Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

C.  Submit Form 8867 in the manner required; and

D.  Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under Document Retention.
   1. A copy of Form 8867;
   2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed;
   3. Copies of any documents provided by the taxpayer on which you relied to determine eligibility for the credit(s) and/or to figure the amount of the credit(s);
   4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained; and
   5. A record of any additional questions you may have asked to determine eligibility to claim the credit(s), and/or HOH filing status and the taxpayer's answers.

▲ If you have not complied with all due diligence requirements, you may have to pay a $520 penalty for each failure to comply related to a claim of an applicable credit or HOH filing status.

15  Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? .......... [X] Yes  [ ] No

Form 8867 (2018)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  | | | | **Unsecured claim** |
|---|---|---|---|---|

**1**

**Howard Hammer**
**26 Old Brick Road,**
**New City, NY 10956**

What is the nature of the claim?    **Business Debt**    $ **$875,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____
      Unsecured claim   $ _____

_____
Contact
_____
Contact phone

**2**

**The Delorio Law Group PLLC**
**800 Westchester Ave - Ste S-60**
**Rye Brook, NY 10573**

What is the nature of the claim?    **Services**    $ **$382,597.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____

_____
Contact

B104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Gary J Reetz** | | Case number *(if known)* | |
|---|---|---|---|---|
| Contact phone | | Unsecured claim | $ | |

---

| **3** | | What is the nature of the claim? | **Business Debt** | $ **$325,000.00** |

**Howard as Rep of Hammer Estate of Sandra Hammer**
**26 Old Brick Road**
**New City, NY 10956**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact _____

Contact phone _____

---

| **4** | | What is the nature of the claim? | **Business Debt** | $ **$30,000.00** |

**David Hammer**
**c/o Offit Kurman**
**10 East 40 Street - 35th Floor**
**New York, NY 10016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact _____

Contact phone _____

---

| **5** | | What is the nature of the claim? | **Business Debt** | $ **$12,500.00** |

**Andrea Hammer**
**c/o Offit Kurman**
**10 East 40 Street - 35th Floor**
**New York, NY 10016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact _____

Contact phone _____

---

| **6** | | What is the nature of the claim? | **Business Debt** | $ **$10,000.00** |

**Zelkjo Brzakovic**
**c/o Offit Kurman**
**10 East 40 Street - 35th Floor**
**New York, NY 10016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Gary J Reetz**

Case number *(if known)*

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)                    $ _____

Contact                                                        Value of security:    - $ _____

Contact phone                                                  Unsecured claim       $ _____

---

**7**    **American Express Bkcy**
          **200 Vesey Street**
          **New York, NY 10285**

**What is the nature of the claim?**    **Credit card purchases**    $ **$936.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)                    $ _____

Contact                                                        Value of security:    - $ _____

Contact phone                                                  Unsecured claim       $ _____

---

**Part 2:**    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Gary J Reetz**                                      X _____

     **Gary J Reetz**                                          Signature of Debtor 2
     Signature of Debtor 1


Date    **February 19, 2020**                                  Date _____

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

| | | |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B..................................................... | $ 737,500.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $ 877,550.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $ 1,615,050.00 |

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | | |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ 437,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,953,033.00 |

**Your total liabilities** $ 2,390,033.00

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $ 17,783.50 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*................................................................. | $ 17,145.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1    **Gary J Reetz**                                          Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**31 Dusenberry Rd**
Street address, if available, or other description

**Bronxville        NY        10708-0000**
City        State        ZIP Code

**Westchester**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,475,000.00** | **$737,500.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>

| |
|---|
| **$737,500.00** |

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Debtor 1    **Gary J Reetz**                                          Case number *(if known)* _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here...........................................................=>**        **$0.00**

| Part 3: | Describe Your Personal and  Household Items | |
|---|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous furniture and furnishings | $5,000.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
    including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous TV, computer & accessories, IPad, cell phones, etc | $750.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous books, pictures, etc. | $200.00 |
|---|---|

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments
    ☐ No
    ■ Yes.  Describe.....

| golf clubs | $100.00 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous wearing apparel | $500.00 |
|---|---|

Debtor 1    **Gary J Reetz**                                                    Case number *(if known)*

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes.  Describe.....

| wedding ring | $500.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................**

| | $7,050.00 |
|---|---|

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☑ Yes..................................................................................................

|  | Cash | $1,000.00 |
|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes........................                    Institution name:

| 17.1. | **Checking** | **Chase xxx 4307** | $5,000.00 |
|---|---|---|---|
| 17.2. | **Savings** | **Chase xxx7653** | $2,000.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ☑ Yes..................                    Institution or issuer name:

| **State Street xxx 1080** | $2,500.00 |
|---|---|

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☑ Yes.  Give specific information about them...................
   Name of entity:                    % of ownership:

| **Van Cleef, Jordan & Wood, Inc.** | **100** | % | $0.00 |
|---|---|---|---|

| Debtor 1 | **Gary J Reetz** | | Case number *(if known)* | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | **Otter Point Investments LLC** | 25% | % | $0.00 |
| | **Le Rue Ltd. - Subchapter S corp. - operations terminated** | 100% | % | $0.00 |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them.
                  Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **State Street xxx4580** | $710,000.00 |
| **401(k)** | **State Street xxx 0104** | $110,000.00 |
| **IRA** | **State Street - xxx0098** | $40,000.00 |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. ....................                Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes.............       Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1    **Gary J Reetz**                                                      Case number *(if known)*

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ■ Yes. Describe each claim.........

| **Malpractice claim against The Delorio Law Group PLLC for misrepresentation of Debtor in State Court action - estimated claim over $2,000,000** | **Unknown** |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................................

| **$870,500.00** |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

| Debtor 1 | **Gary J Reetz** | | Case number *(if known)* | |
|---|---|---|---|---|

<div style="background:black;color:white;padding:2px">Part 6:</div> **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

<div style="background:black;color:white;padding:2px">Part 7:</div> **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | **$0.00**

<div style="background:black;color:white;padding:2px">Part 8:</div> **List the Totals of Each Part of this Form**

| | | |
|---|---:|---:|
| **55.  Part 1: Total real estate, line 2** ............................................................................................ | | **$737,500.00** |
| **56.  Part 2: Total vehicles, line 5** | **$0.00** | |
| **57.  Part 3: Total personal and household items, line 15** | **$7,050.00** | |
| **58.  Part 4: Total financial assets, line 36** | **$870,500.00** | |
| **59.  Part 5: Total business-related property, line 45** | **$0.00** | |
| **60.  Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| **61.  Part 7: Total other property not listed, line 54** | + **$0.00** | |
| **62.  Total personal property.** Add lines 56 through 61... | **$877,550.00**   Copy personal property total | **$877,550.00** |
| **63.  Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$1,615,050.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Gary J Reetz** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **31 Dusenberry Rd Bronxville, NY 10708  Westchester County**<br>Line from *Schedule A/B*: **1.1** | $737,500.00 | ☐ $170,825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5206** |
| **Miscellaneous furniture and furnishings**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ☐ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(5)** |
| **Miscellaneous TV, computer & accessories, IPad, cell phones, etc**<br>Line from *Schedule A/B*: **7.1** | $750.00 | ☐ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(5)** |
| **Miscellaneous wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ☐ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(5)** |
| **wedding ring**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ☐ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(6)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Gary J Reetz**                                                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: State Street xxx4580**<br>Line from *Schedule A/B*: **21.1** | $710,000.00 | ■             $710,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law § 282(2)(e)** |
| **401(k): State Street xxx 0104**<br>Line from *Schedule A/B*: **21.2** | $110,000.00 | ■             $110,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law § 282(2)(e)** |
| **IRA: State Street - xxx0098**<br>Line from *Schedule A/B*: **21.3** | $40,000.00 | ■             $40,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law § 282(2)(e)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐   No
    ■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

         ■   No
         ☐   Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** **Emigrant Mortgage**<br>Creditor's Name | $437,000.00 | $1,475,000.00 | $0.00 |

**Describe the property that secures the claim:**

> 31 Dusenberry Rd Bronxville, NY 10708  Westchester County

**5 East 42 Street**
**New York, NY 10017**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 2001          **Last 4 digits of account number** _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $437,000.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $437,000.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.  Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

| 4.1 | **American Express Bkcy** | Last 4 digits of account number    **4005** | **$936.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**200 Vesey Street**
**New York, NY 10285**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

Debtor 1   **Gary J Reetz**                                                    Case number (*if known*)

---

| 4.2 | **Zelkjo Brzakovic** | Last 4 digits of account number | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Offit Kurman**
**10 East 40 Street - 35th Floor**
**New York, NY 10016**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.3 | **Grayonatray** | Last 4 digits of account number | $40,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Clyde E. Reetz**
**26 Normandy Terrace**
**Bronxville, NY 10708**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guarantee of business debt**

---

| 4.4 | **Andrea Hammer** | Last 4 digits of account number | $12,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Offit Kurman**
**10 East 40 Street - 35th Floor**
**New York, NY 10016**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

Debtor 1    **Gary J Reetz**                                                Case number *(if known)*

| | | |
|---|---|---|

**4.5** | **David Hammer** | Last 4 digits of account number _____ | **$30,000.00**

Nonpriority Creditor's Name

**c/o Offit Kurman**                              When was the debt incurred? _____
**10 East 40 Street - 35th Floor**
**New York, NY 10016**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                □ Contingent
□ Debtor 2 only                                □ Unliquidated
□ Debtor 1 and Debtor 2 only                   ■ Disputed
□ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community**    □ Student loans
**debt**
Is the claim subject to offset?                □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                           □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                          ■ Other. Specify    **Business Debt**

---

**4.6** | **Howard Hammer** | Last 4 digits of account number _____ | **$875,000.00**

Nonpriority Creditor's Name

**26 Old Brick Road,**                          When was the debt incurred? _____
**New City, NY 10956**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                □ Contingent
□ Debtor 2 only                                □ Unliquidated
□ Debtor 1 and Debtor 2 only                   ■ Disputed
□ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community**    □ Student loans
**debt**
Is the claim subject to offset?                □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                           □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                          ■ Other. Specify    **Business Debt**

---

**4.7** | **Howard as Rep of Hammer** | Last 4 digits of account number _____ | **$325,000.00**

Nonpriority Creditor's Name

**Estate of Sandra Hammer**                     When was the debt incurred? _____
**26 Old Brick Road**
**New City, NY 10956**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                □ Contingent
□ Debtor 2 only                                □ Unliquidated
□ Debtor 1 and Debtor 2 only                   ■ Disputed
□ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community**    □ Student loans
**debt**
Is the claim subject to offset?                □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                           □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                          ■ Other. Specify    **Business Debt**

Debtor 1   **Gary J Reetz**                                                       Case number *(if known)*

---

| 4.8 | **Natural Oil & Gas Corp.** | | Last 4 digits of account number _____ | **$143,000.00** |

Nonpriority Creditor's Name
**Attn: John H Reetz, Jr.**
**Bradford, PA 16701**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guarantee of business debt**

---

| 4.9 | **RD Wright Inc.** | | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**Attn: Douglas P. Reetz**
**450 West 36 Street**
**New York, NY 10011**
Number Street City State Zip Code

When was the debt incurred?   **2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guarantee of business debt**

---

| 4.10 | **John H. Reetz Jr.** | | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name
**222 East 27 Street**
**New York, NY 10016**
Number Street City State Zip Code

When was the debt incurred?   **July/August 2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan**

---

Debtor 1    **Gary J Reetz**                                                                                  Case number (if known) _____

---

| 4.1<br>1 | **Karin B. Reetz** | Last 4 digits of account number _____ | **$74,000.00** |

Nonpriority Creditor's Name
**31 Dusenberry Rd.**
**Bronxville, NY 10708**
Number Street City State Zip Code

When was the debt incurred?    **2004**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guarantee of business debt**

---

| 4.1<br>2 | **Nina Richter** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name
**15 Kensington Road**
**Bronxville, NY 10708**
Number Street City State Zip Code

When was the debt incurred?    **March/April 2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Loan**

---

| 4.1<br>3 | **The Delorio Law Group PLLC** | Last 4 digits of account number _____ | **$382,597.00** |

Nonpriority Creditor's Name
**800 Westchester Ave - Ste S-60**
**Rye Brook, NY 10573**
Number Street City State Zip Code

When was the debt incurred?    **2018-2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Services**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Offit Kurman**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):          ☐ Part 1: Creditors with Priority Unsecured Claims

| Debtor 1 | **Gary J Reetz** | Case number *(if known)* | |

| 10 East 40 Street - 35th Floor | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| New York, NY 10016 | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Offit Kurman** | Line **4.7** of *(Check one)*: □ Part 1: Creditors with Priority Unsecured Claims |
| **10 East 40 Street - 35th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Offit Kurman** | Line **4.5** of *(Check one)*: □ Part 1: Creditors with Priority Unsecured Claims |
| **10 East 40 Street - 35th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Offit Kurman** | Line **4.4** of *(Check one)*: □ Part 1: Creditors with Priority Unsecured Claims |
| **10 East 40 Street - 35th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Offit Kurman** | Line **4.2** of *(Check one)*: □ Part 1: Creditors with Priority Unsecured Claims |
| **10 East 40 Street - 35th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total Claim |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

|  |  |  | Total Claim |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,953,033.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,953,033.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1**<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| **2.2**<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| **2.3**<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| **2.4**<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| **2.5**<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Karin Reetz** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Emigrant Mortgage** |
| 3.2 | **Van Cleef, Jordan & Wood, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**American Express Bkcy** |
| 3.3 | **Van Cleef, Jordan & Wood, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Grayonatray** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Gary J Reetz**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4   **Van Cleef, Jordan & Wood, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**RD Wright Inc.** |
| 3.5   **Van Cleef, Jordan & Wood, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Natural Oil & Gas Corp.** |
| 3.6   **Van Cleef, Jordan & Wood, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Karin B. ~Reetz** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **Investment Advisor** | **Administrateive Manager** |
| Employer's name | **Van Cleef, Jordan and Wood, Inc.,** | **Van Cleef, Jordan and Wood, Inc.,** |
| Employer's address | | |
| How long employed there? | **16+ years** | **16+ years** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **11,000.00** | $ **6,000.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **11,000.00** | $ **6,000.00** |

Debtor 1   **Gary J Reetz** _____   Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ **11,000.00** | $ **6,000.00** |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **844.50** | $ **1,050.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **1,550.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **0.00** |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **2,394.50** | $ **1,050.00** |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **8,605.50** | $ **4,950.00** |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. **Social Security** | 8e. | $ **3,228.00** | $ **0.00** |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. **Other monthly income.** Specify: **Lets Make Books** | 8h.+ | $ **0.00** + | $ **1,000.00** |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **3,228.00** | $ **1,000.00** |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **11,833.50** | + | $ **5,950.00** | = | $ **17,783.50** |

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ **0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data, if it* applies   12. $ **17,783.50**

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **income may decline as clients of business get older**

Fill in this information to identify your case:

Debtor 1     **Gary J Reetz**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
    13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

Do not list Debtor 1 and    ☐ Yes.   Fill out this information for
Debtor 2.               each dependent..............

Do not state the
dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $         **8,340.00**

    **If not included in line 4:**

    4a.   Real estate taxes     4a. $         **0.00**
    4b.   Property, homeowner's, or renter's insurance     4b. $         **0.00**
    4c.   Home maintenance, repair, and upkeep expenses     4c. $         **0.00**
    4d.   Homeowner's association or condominium dues     4d. $         **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans     5. $         **0.00**

Debtor 1    **Gary J Reetz**                                             Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 1,000.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
| | 6d. | Other. Specify:   **Cable TV / internet** | 6d. $ | 180.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 500.00 |
| 10. | **Personal care products and services** | | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 75.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 800.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 975.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 1,500.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   **monthly subcscriptions** | | 21. +$ | 300.00 |
| | **veterinary expenses** | | +$ | 100.00 |
| | **landscaping** | | +$ | 375.00 |
| | **gifts** | | +$ | 200.00 |
| | **home office supplies** | | +$ | 300.00 |
| | **work expense** | | +$ | 200.00 |
| | **glasses and eye care** | | +$ | 150.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses.** | | |
| | 22a. Add lines 4 through 21. | $ | 17,145.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 17,145.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 17,783.50 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 17,145.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 638.50 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    | Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Gary J Reetz** | X |
|---|---|
| **Gary J Reetz** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date  **February 19, 2020** | Date |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary J Reetz** |
| | First Name　　　　Middle Name　　　　Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name　　　　Middle Name　　　　Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $26,847.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Gary J Reetz**                                          Case number *(if known)*

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions, bonuses, tips | $198,100.00 | ☐ Wages, commissions, bonuses, tips |  |
|  | ■ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips | $218,687.00 | ☐ Wages, commissions, bonuses, tips |  |
|  | ■ Operating a business |  | ☐ Operating a business |  |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $6,450.00 |  |  |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | **Social Security Benefits** | $24,711.00 |  |  |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ■ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

Debtor 1    **Gary J Reetz**                                              Case number *(if known)*

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   | --- | --- | --- | --- | --- |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   | --- | --- | --- | --- | --- |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   | --- | --- | --- | --- |
   | Howard Hammer et al v. Gary J Reetz et al 55159/2017 | Contract | Supreme Court, Westchester County | ☑ Pending ☐ On appeal ☐ Concluded<br><br>**judgment pending** |
   | The Delorio Law Group PLLC v Van Cleef, Jordan and Wood, Inc. and Gary J Reetz 69834/2019 | Collection | Supreme Court, Westchester County | ☑ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
    | --- | --- | --- | --- |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☑ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    | --- | --- | --- | --- |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☑ No
    ☐ Yes

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 3

| Debtor 1    **Gary J Reetz** | Case number *(if known)* |
|---|---|

---

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **The Reformed Church** | **$14,000** | **2018-2019** | **$14,000.00** |

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Lewis W. Siegel<br>60 East 42nd Street - Suite 4000<br>New York, NY 10165<br>LWS@LWSEsq.com** | **Attorney Fees and filing fee** | **2/2020** | **$16,717.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property**

Debtor 1    **Gary J Reetz**                                                    Case number *(if known)*

transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ☐ No
- ■ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Karin Reetz** | **marital residence** | **furniture inherited by spouse from spouse's family** | **Unknown** |
| **Sebastian Reetz** | **marital residence** | **piano** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Gary J Reetz**                                                          Case number *(if known)*

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Larissa Reetz | marital residence | dining room table inherited from her grandmother | Unknown |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.   Have you notified any governmental unit of any release of hazardous material?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ■ An officer, director, or managing executive of a corporation
- ■ An owner of at least 5% of the voting or equity securities of a corporation
- ☐ No. None of the above applies.  Go to Part 12.
- ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

Debtor 1    **Gary J Reetz**                                                            Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **Van Cleef, Jordan and Wood, Inc.** | **Investment Advisor**<br><br>**Granick & Gendler CPA** | EIN:<br><br>From-To | **20-1507631**<br><br>**2000 - present** |
| **Otter Point Investments LLC** | **Investment Advisor**<br><br>**Granick & Gendler CPA** | EIN:<br><br>From-To | **84-4725849**<br><br>**2020 - Present** |
| **Le Rue Ltd.** | **Investment Advisor**<br><br>**Granick & Gendler CPA** | EIN:<br><br>From-To | **13-4151816**<br><br>**2002-2020** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Gary J Reetz**

**Gary J Reetz**                                                 Signature of Debtor 2
**Signature of Debtor 1**

Date    **February 19, 2020**                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   **Gary J Reetz**                                                    Case No. _____

                                            Debtor(s)                      Chapter   **11**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **hourly** |
    | Prior to the filing of this statement I have received | $ | **15,000.00** |
    | Balance Due | $ | based on time required |

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    [✔] Debtor          [ ] Other (specify):

4.  The source of compensation to be paid to me is:

    [✔] Debtor          [ ] Other (specify):

5.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    .

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

February 19, 2020                                    /s/ Lewis W Siegel
_____                      _____
*Date*                                               **Lewis W. Siegel**
                                                     *Signature of Attorney*
                                                     **Lewis W. Siegel**
                                                     **60 East 42nd Street - Suite 4000**
                                                     **New York, NY 10165**
                                                     **(212) 286-0010   Fax: 212-884-9586**
                                                     **LWS@LWSEsq.com**
                                                     *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re   **Gary J Reetz** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   **Gary J Reetz**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **February 19, 2020** _____

Signature   **/s/ Gary J Reetz** _____
**Gary J Reetz**
Debtor

**United States Bankruptcy Court**
**Southern District of New York**

In re    **Gary J Reetz**                                                    Case No.

_____    Chapter    **11**
                                 Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **February 19, 2020**                    **/s/ Gary J Reetz**
_____    _____
                                 **Gary J Reetz**
                                 Signature of Debtor

.

Lewis W. Siegel
Lewis W. Siegel
60 East 42nd Street - Suite 4000
New York, NY 10165


American Express Bkcy
200 Vesey Street
New York NY 10285


Zelkjo Brzakovic
c/o Offit Kurman
10 East 40 Street - 35th Floor
New York NY 10016


Emigrant Mortgage
5 East 42 Street
New York NY 10017


Grayonatray
Attn: Clyde E. Reetz
26 Normandy Terrace
Bronxville NY 10708


Andrea Hammer
c/o Offit Kurman
10 East 40 Street - 35th Floor
New York NY 10016


David Hammer
c/o Offit Kurman
10 East 40 Street - 35th Floor
New York NY 10016


Howard Hammer
26 Old Brick Road,
New City NY 10956


Howard as Rep of Hammer
Estate of Sandra Hammer
26 Old Brick Road
New City NY 10956


IRS - Bankruptcy
PO Box 7346
Philadelphia PA 19101-7346

Natural Oil & Gas Corp.
Attn: John H Reetz, Jr.
Bradford PA 16701


NY State Dept. of Tax &
Finance - Insolvency Unit
Building 8, Room 703
Albany NY 12227


Offit Kurman
10 East 40 Street - 35th Floor
New York NY 10016


RD Wright Inc.
Attn: Douglas P. Reetz
450 West 36 Street
New York NY 10011


John H. Reetz Jr.
222 East 27 Street
New York NY 10016


Karin B. Reetz
31 Dusenberry Rd.
Bronxville NY 10708


Nina Richter
15 Kensington Road
Bronxville NY 10708


The DeIorio Law Group PLLC
800 Westchester Ave - Ste S-60
Rye Brook NY 10573


Equifax Information
 Services LLC
P.O. Box 740256
Atlanta GA 30374


Experian
PO Box 2002
Allen TX 75013

TransUnion
Post Office Box 2000
Chester PA 19022